FILED
2023 SEP 19 PM 1:00
CLERK
U.S. DISTRICT COURT

Name: Constantino Cuara R.
Address: 4207 W. 5655 S. Kearns UT 84118
Telephone: 385 488 6563

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## _____ DIVISION

Constantino Cuara R.
(Full Name)
PLAINTIFF

vs.

Associated Food stores, Inc.
Costco wholesale Corp.
Sams club
Kirkland
Smith's Food and Drug
DEFENDANTS
Kroger.
Macey's
REMS food stores
Winco Foods, Post Consumer Brands, General Mills,
Kraft Food, Albertsons Corp, Harmons Grocery,
Kmart Corp, Sears Holding Corp, and
Vrc Holding. Frito-lay, Inc. Pepsi-cola
Company

**CIVIL RIGHTS COMPLAINT**
(42 U.S.C §1983, §1985)

Case: 2:23-cv-00638
Assigned To : Oberg, Daphne A.
Assign. Date : 9/18/2023
Description: Cuara v. Associated Food
Stores et al

RECEIVED US Dist Court-UT
SEP 18 '23 PM 05:00

## A. JURISDICTION

1. Jurisdiction is proper in this court according to:
   a. ✓ 42 U.S.C. §1983
   b. ✓ 42 U.S.C. §1985
   c. __ Other (Please Specify) _____

2. NAME OF PLAINTIFF Constantino Cuara R.
   IS A CITIZEN OF THE STATE OF SLC UT USA

   PRESENT MAILING ADDRESS: 4207 W. 5655 S.
   Kearns UT 84118

3.  NAME OF FIRST DEFENDANT *Associated Food stores, inc.*
    IS A CITIZEN OF *SLC UT USA*
    ___(City and State)___

    IS EMPLOYED AS *USA gov* at *SLC UT USA*
    ___(Position and Title if Any)___  ___(Organization)___
    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES *✓* NO___. If your answer is "YES" briefly explain.

    *Color of law refer to the appearance*
    *of legal authority, Or an apparently*
    *Legal right that may not exist*

4.  NAME OF SECOND DEFENDANT *All Defendants*
    (If applicable)

    IS A CITIZEN OF *SLC UT USA*
    ___(City and State)___

    IS EMPLOYED AS *USA gov* at *SLC UT USA*
    ___(Position and Title if Any)___  ___(Organization)___
    Was the defendant acting under the authority or color of state law at the time these claims occurred?

    YES *✓* NO___. If your answer is "YES" briefly explain.

    *Same Above*

5.  NAME OF THIRD DEFENDANT_____
    (If applicable)

    IS A CITIZEN OF_____
    ___(City and State)___
    IS EMPLOYED AS_____ at _____.
    ___(Position and Title if Any)___  ___(Organization)___

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

_____

_____

_____

6. NAME OF FOURTH DEFENDANT _____
   (If applicable)

IS A CITIZEN OF _____
   (city and State)

IS EMPLOYED AS _____ at _____.
   (Position and Title if Any)        (Organization)
   Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ___ NO ___. If your answer is "YES" briefly explain.

_____

_____

_____

(Use additional sheets of paper if necessary.)

## B. NATURE OF CASE

1. Why are you bringing this case to court? Please explain the circumstances that led to the problem.

   i'm the owner of all trademark of United States and global network, federal and states entities, under sha 256 fingerprint hereditary blood, malicious and misconduct KKK Act
   Hatch Act.

## C. CAUSE OF ACTION

1.  I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

    a.  (1)  Count I: *Associated Food stores, Inc.*

        (2)  Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing legal authority or arguments.)

        *18 U.S.C 1031 major fraud against the United States of America, 18 U.S.C section 1030 fraud of computers, 18 U.S.C. 2-39 pyramid scheme promotional scheme penal Code section 327, 18 U.S.C. code 1348 securities and commodities fraud 18 U.S.C. code section 2381 Federal crime of treason, "RICO" charges,*

    b.  (1)  Count II: *All Defendants*

        (2)  Supporting Facts:

        *Same Above*

    c.  (1)  Count III:

(2)   Supporting Facts: _____

_____

_____

_____

_____

_____

## D. INJURY

1.   How have you been injured by the actions of the defendant(s)?

*Mental Diseases*
*"WE US OUR"*
*DEATH*

_____

_____

_____

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1.   Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action or otherwise relate to the conditions of your imprisonment? YES_____ / NO _____.  If your answer is "YES," describe each lawsuit. (If there is more than one lawsuit, describe additional lawsuits on additional separate pages, using the same outline.)

   a.      Parties to previous lawsuit:

           Plaintiff(s): _____

           Defendant(s): _____

   b.   Name of court and case or docket number: _____

c.   Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?) _____

d.   Issues raised: _____

_____

_____

e.   When did you file the lawsuit? _____
                                                    Date        Month        Year

f.   When was it (will it be) decided? _____

2.   Have you previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C? YES____ / NO _____.  If your answer is "YES" briefly describe how relief was sought and the results.  If your answer is "NO" explain why administrative relief was not sought.

_____

_____

_____

_____

_____

_____

## F. REQUEST FOR RELIEF

1.   I believe that I am entitled to the following relief:

*Damages  Unspecified*

_____

_____

_____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint, and that the information contained therein is true and correct.  28 U.S.C. §1746; 18 U.S.C §1621.

Executed at _SLC UT USA_ on _09/18_ , 20_23_
          (Location)            (Date)

_CCR_
Signature